# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

GREGORY C. ROYAL,

    Plaintiff,

v.

PETE SAYNER,
BONNIE SACIA,
SUSAN ERLANDSON,
A/K/A CUSTODY ASSESSMENT TEAM,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-106-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin
_____
by Deputy Clerk

_____2/29/08_____
Date